■ HATZEL & BUEHLER, INC., Respondent, v STARRETT BROTHERS et al., Appellants.—Order of the Supreme Court, Kings County, dated June 28, 1977, and judgment of the same court, entered thereon on July 5, 1977, affirmed, with one bill of $50 costs and disbursements, upon the opinion of

Mr. Justice Aronin at Special Term. Latham, J. P., Rabin, Gulotta and O'Connor, JJ., concur.